IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

TRICIA PEOPLES,                          :
                                         :
    Plaintiff,                           :
                                         :
vs.                                      :
                                         :       CIVIL ACTION 12-0392-M
MICHAEL J. ASTRUE,                       :
Commission of Social Security,           :
                                         :
    Defendant.                           :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Tricia Peoples and against Defendant Michael J. Astrue.

DONE this 25th day of January, 2013.


                                     s/BERT W. MILLING, JR.
                                     UNITED STATES MAGISTRATE JUDGE