IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

TRICIA PEOPLES,                         :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :   CIVIL ACTION 12-0392-M
MICHAEL J. ASTRUE,                      :
Commission of Social Security,          :
                                        :
    Defendant.                          :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Tricia Peoples and against Defendant Michael J. Astrue.

DONE this 25th day of January, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE