```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

TRICIA PEOPLES,                        :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :    CIVIL ACTION 12-0392-M
                                       :
CAROLYN W. COLVIN,                     :
Commission of Social Security,         :
                                       :
    Defendant.                         :


<u>JUDGMENT</u>

    It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Tricia Peoples and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1620.43.

    DONE this 10th day of April, 2013.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE